UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AIMEE O'NEIL,

    Plaintiff,

v.

STATE OF NEW YORK, *et al.*,

    Defendants.

Case No. 2:21-cv-00037-RFB-EJY

**ORDER**

Before the Court for consideration is the Report and Recommendation [ECF No. 4] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered January 14, 2021.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 28, 2021. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 4] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims are DISMISSED with prejudice, as amendment is futile.

DATED: May 11, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**